# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134751(62)

SHERITA WHITE and DERRICK WHITE,
     Plaintiffs-Appellees,

v

TAYLOR DISTRIBUTING COMPANY, INC.,
PENSKE TRUCK LEASING COMPANY, L.P.,
and JAMES J. BIRKENHEUER,
     Defendants-Appellants.

SC: 134751
COA: 272114
Oakland CC: 2005-064307-NI

_____

     On order of the Chief Justice, the motion by defendants-appellants for leave to exceed the page limitation on their reply brief is GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2008

Clerk